IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEBORAH LAUFER, Individually,**<br><br>　　　　　**Plaintiffs,**<br>**v.**<br><br>**CORNING HOTEL COMPANY, LLC,**<br>A New York Corporation,<br><br>　　　　　**Defendant.**<br>_____ | :<br>: **Case No.: 6:20-cv-06214-JLV**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Laufer and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on October 20, 2020.

| | |
|---|---|
| */s/ Tristan W. Gillespie* | */s/ Anneliese Rae Aliasso* |
| Tristan W. Gillespie | Anneliese Rae Aliasso |
| | |
| THOMAS B. BACON, P.A. | Barclay Damon, LLP |
| 5150 Cottage Farm Rd. | 125 East Jefferson Street |
| Johns Creek, GA 30022 | Syracuse, NY 13202 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |